IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration,<br><br>    Defendant.<br>                                         / | No. C 15-04032 WHA<br><br>**ORDER RE SUMMONS AND SERVICE** |

    A prior order granted plaintiff's application to proceed *in forma pauperis*. The clerk shall please issue summons and the U.S. Marshal for the Northern District of California shall please serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and this order upon the defendant.

    **IT IS SO ORDERED.**

Dated: October 19, 2015.

                                                       WILLIAM ALSUP<br>
                                                       UNITED STATES DISTRICT JUDGE