BRIAN STRETCH
Acting United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER WSBN 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8979
    Facsimile:  (415) 744-0134
    E-mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD HERNANDEZ, | Case No. 3:15-cv-04032-WHA |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ORDERED:

    Pursuant to the parties' stipulation, that Defendant shall have to and including, March 23, 2016 to serve and file a supplemental or corrected version of the Certified Administrative Record.  Plaintiff shall have thirty (30) days from March 23, 2016 to and including April 22, 2016 to serve and file his Motion for Summary Judgment; Defendant shall have thirty (30) days to and including May 22,

2016 to serve and file any opposition or counter motion, and Plaintiff shall have fourteen (14) days to and including June 5, 2016 to serve and file his reply.

.

Dated: February 23, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE